UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS O. SPROULE,   Petitioner,   v.   JERI TAYLOR, Superintendent,   Respondent. | Case No. 2:16-cv-01592-MK   ORDER |

AIKEN, District Judge.

Upon review of Petitioner's Motion to Dismiss and the parties' representations therein, Petitioner's Motion (ECF No. 195) is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

DATED this  9th  day of January, 2024.

           /s/Ann Aiken          
ANN AIKEN
United States District Judge

1 - ORDER